# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STEPHEN R. AMOS,

    Plaintiff,

v.                                     Case No. 8:14-CV-51-T-30TBM

GRADY JUDD, POLK
COUNTY SHERIFF, et al.,

    Defendants.
    _____/

## **ORDER**

    Before the Court is Plaintiff's Motion to Subpoena Evidence (Dkt. 11) in which Plaintiff seeks discovery from the Polk County Sheriff's Office. Plaintiff filed a motion to file an amended complaint (see Dkt. 10), which will be granted by separate order. Once Plaintiff files the amended complaint, and Defendants are served and file a responsive pleading to the amended complaint, the Court will, if necessary, enter a scheduling order that will establish a discovery plan and a schedule of dates, including the dates of a final pretrial conference and trial (or specify dates after which a pretrial conference or trial may be scheduled on twenty (20) days' notice). Unless otherwise ordered by the Court, a party may not seek discovery from any source before the scheduling order has been entered.

ACCORDINGLY, the Court **ORDERS** that Plaintiff's Motion to Subpoena Evidence (Dkt. 11) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on April 1, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*