UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN R. AMOS,

    Plaintiff,

v.                                                          Case No. 8:14-CV-51-T-30TBM

GRADY JUDD, POLK
COUNTY SHERIFF, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Plaintiff initiated this cause of action on January 9, 2014, by filing a civil rights complaint pursuant to 42 U.S.C. §1983 (Dkt. 1). On March 7, 2014, the Clerk of this Court received a letter from Plaintiff in which he indicated, in pertinent part, that he was released from Polk County Jail on February 28, 2014, and provided the Court with his new address (Dkt. 12). An order granting Plaintiff's motion to file an amended complaint was mailed to Plaintiff's new address of record on March 31, 2014 (Dkt. 13). An order denying Plaintiff's motion to subpoena evidence was mailed to the new address on April 1, 2014 (Dkt. 14). Both orders were returned to the Court as undeliverable.

By neglecting to keep the Court informed of a good address, Plaintiff has failed to prosecute this action. Since mail sent to Plaintiff's last known address has been returned as undeliverable, it would be futile to send an order to show cause to Plaintiff at that address.[1]

---

[1] Local Rule 3.10(a) (M.D. Fla.) provides that "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of

A case cannot, however, be allowed to linger on the Court's docket indefinitely.

ACCORDINGLY, it is **ORDERED** that this action is **DISMISSED**, without prejudice, for failure to prosecute pursuant to Local Rule 3.10(a) (M.D. Fla.).  The Clerk shall terminate all pending motions, and close the case file.

**DONE** and **ORDERED** in Tampa, Florida on April 18, 2014.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*

---

prosecution."